Case Name: LUNIEWICZ-MARTINS, JENNIFER A.
Case No:      06-72317

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 3/7/08                    WILLIAM T. NEARY
                                 United States Trustee, Region 11


                    BY:    *Carole J. Ryczek*
                           CAROLE J. RYCZEK
                           Attorney for the U.S. Trustee