IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
LUNIEWICZ-MARTINS, JENNIFER A

CASE NO. 06-72317 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-6446

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   April 2, 2008
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 376.55 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,974.11 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $     2,501.21

    b. Disbursements                         $         0.00

    c. Net Cash Available for Distribution   $     2,501.21

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $250.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $29,263.79, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   February 19, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2317  Doc 39  Filed 03/10/08  Entered 03/13/08 00:04:34  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1                  Date Rcvd: Mar 10, 2008
Case: 06-72317                 Form ID: pdf002              Total Served: 33
```

The following entities were served by first class mail on Mar 12, 2008.
```
db         +Jennifer A Luniewicz-Martins,   4995 N. Stagecoach Trail,   Lena, IL 61048-9400
aty        +Anthony V Coon,   Anthony V. Coon, Attorney At Law,   10 N. Galena,   Suite 210,
             Freeport, IL 61032-4360
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
11049057   +Affiliated,   Po Box 790001,   Sunrise Beach, MO 65079-9001
11049058   +Americollect Inc,   814 S 8th St,   Manitowoc, WI 54220-4503
11049059   +Apple Rvr Bk,   103 N. Main,   Apple River, IL 61001-7704
11049060   +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11049061   +Centura Bank,   Po Box 151,   Rocky Mount, NC 27802-0151
11049062   +Chase/Cc,   Po Box 100019,   Kennesaw, GA 30156-9205
11049064   +Credit Bureau Centre,   1804 10th St,   Monroe, WI 53566-1800
11049065   +Edward J. Martins,   4995 N. Stagecoach Trail,   Lena, IL 61048-9400
11049066   +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
11304714    Ford Motor Credit Company,   c/o Freedman Anselmo Lindberg and Rappe,   PO Box 3216,
             Naperville, IL 60566-7216
11049067   +Frd Motor Cr,   Pob 542000,   Omaha, NE 68154-8000
11049068   +Heilgmyrs,   3101 Lindbergh Blv,   Springfield, IL 62704-6564
11049069   +Hsbc Nv,   Po Box 19360,   Portland, OR 97280-0360
11049070   +Jerome E. Riley,   Freedman Anselmo Lindberg & Rappe,   P.O. Box 3228,
             Naperville, IL 60566-3228
11049071   +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11144269   +Sallie Mae,   C/O Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
11049072   +Sallie Mae 3rd Pty Lsc,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
11049073   +Sallie Mae Lscf,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
11049074    Sm Servicing,   1.75/Min 8 15 To 4,   Lawrence, KS 66044
11049075   +Sm Servicing,   Po Box 9500,   Wilkes Barre, PA 18773-9500
11049076   +Student Loan Mkt Assn,   2000 Bluffs Dr,   Lawrence, KS 66044-1776
11145130   +Target National Bank,   TARGET,   c/o Weinstein & Riley, P.S.,   2101 Fourth Ave., Suite 900,
             Seattle, WA 98121-2339
11049077   +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
11049078   +Tnb-Target,   3701 Wayzata Blvd,   Minneapolis, MN 55416-3401
11049080   +Verizon Nrth,   Po Box 165018,   Columbus, OH 43216-5018
11049082   +Wash Mutual/Providian,   4900 Johnson Dr,   Pleasanton, CA 94588-3308
11049083   +Washmtl/Prov,   Pob 660509,   Dallas, TX 75266-0509
```

The following entities were served by electronic transmission on Mar 11, 2008.
```
11609462     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Mar 11 2008 04:31:47      ROUNDUP FUNDING, LLC,
              MS 550,   PO BOX 91121,   SEATTLE, WA 98111-9221
11049079    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 11 2008 04:17:16      Verizon,
              1515 Woodfield Road  Suite 1400 12th Flo,   Schaumburg, IL 60173-6046
11049081    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 11 2008 04:17:11      Verizon Wireless/Great,
              1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11049063     Countrywide Mortgage
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                              TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2008**          **Signature:**  *Joseph Speetjens*